IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIAS INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-01011-CCW |
| | ) | |
| v. | ) | |
| | ) | |
| KISSLER & CO. INC., | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

AND NOW, this _____ day of _____, 2022, after consideration of Plaintiff

Elias Industries, Inc.'s and Defendant Kissler & Co. Inc.'s Joint Motion for Entry of Protective

Order Pursuant to Federal Rule of Civil Procedure 26(c), it is hereby ORDERED that the Motion

is GRANTED.

The Protective Order attached hereto as Exhibit 1 is hereby entered in this action.


BY THE COURT:


_____J.