IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIAS INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-01011-CCW |
| | ) | |
| v. | ) | |
| | ) | |
| KISSLER & CO. INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 18, 2023 Order (ECF 176), Plaintiff, Elias Industries, Inc. ("Elias") and Defendant, Kissler & Co. Inc. ("Kissler"), hereby jointly submit the following status report:

The parties have finalized a settlement agreement and anticipate exchanging signature pages by tomorrow, May 25, 2023.  The parties anticipate filing a stipulation of dismissal with prejudice by Friday, May 26, 2023.

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **FOLEY & LARDNER LLP** | **DENTONS COHEN & GRIGSBY P.C.** |
| By: /s/ Michelle Y. Ku | By: /s/ Fridrikh V. Shrayber |
| Peter L. Loh (W.D. Pa. ID No. 24036982) (TX) | Fridrikh V. Shrayber (Pa. Id. No. 208083) |
| Michelle Y. Ku (Admitted *Pro Hac Vice*) | Connor P. Sease (Pa. Id. No. 327326) |
| Davis G. Mosmeyer III | |
| (W.D. Pa. ID No. 24106346) (TX) | 625 Liberty Avenue, 5th Floor |
| | Pittsburgh, PA 15222-3152 |
| 2021 McKinney Avenue, Suite 1600 | Tel: (412) 297-4900 |
| Dallas, Texas 75201 | Fax: (412) 209-1975 |
| Tel: (214) 999-3000 | fred.shrayber@dentons.com |
| Fax: (214) 999-4667 | connor.sease@dentons.com |
| pvogel@foley.com | |
| mku@foley.com | |
| dmosmeyer@foley.com | Steven Pontell (Admitted *Pro Hac Vice*) |
| | NJ Id. No. 016641982 |
| Peter Vogel (W.D. Pa. ID No. 20601500) (TX) | Verde, Steinberg & Pontell, LLC |
| Peter S. Vogel, PC | Court Plaza East, 19 Main Street |
| 5925 Forest Lane, Suite 136 | Hackensack, NJ 07601 |
| Dallas, TX 75230 | Tel: (201) 489-0075 / Fax: (201) 489-0077 |
| *pvogel@vogelitlaw.com* | spontell@vsplaw.com |
| *Counsel for Elias Industries, Inc.* | *Counsel for Kissler & Co. Inc.* |

Dated: May 24, 2023

4421834.v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed electronically on May 24, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Fridrikh V. Shrayber*