IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIAS INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-01011-CCW |
| | ) | |
| v. | ) | |
| | ) | |
| KISSLER & CO. INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **FOLEY & LARDNER LLP** | **DENTONS COHEN & GRIGSBY P.C.** |
| By: /s/ Michelle Y. Ku | By: /s/ Fridrikh V. Shrayber |
| Peter L. Loh (W.D. Pa. ID No. 24036982) (TX) | Fridrikh V. Shrayber (Pa. Id. No. 208083) |
| Michelle Y. Ku (Admitted *Pro Hac Vice*) | Connor P. Sease (Pa. Id. No. 327326) |
| Davis G. Mosmeyer III | |
| (W.D. Pa. ID No. 24106346) (TX) | 625 Liberty Avenue, 5th Floor |
| | Pittsburgh, PA 15222-3152 |
| 2021 McKinney Avenue, Suite 1600 | Tel: (412) 297-4900 |
| Dallas, Texas 75201 | Fax: (412) 209-1975 |
| Tel:  (214) 999-3000 | fred.shrayber@dentons.com |
| Fax:  (214) 999-4667 | connor.sease@dentons.com |
| pvogel@foley.com | |
| mku@foley.com | |
| dmosmeyer@foley.com | Steven Pontell (Admitted *Pro Hac Vice*) |
| | NJ Id. No. 016641982 |
| Peter Vogel (W.D. Pa. ID No. 20601500) (TX) | Verde, Steinberg & Pontell, LLC |
| Peter S. Vogel, PC | Court Plaza East, 19 Main Street |
| 5925 Forest Lane, Suite 136 | Hackensack, NJ 07601 |
| Dallas, TX 75230 | Tel: (201) 489-0075 / Fax: (201) 489-0077 |
| *pvogel@vogelitlaw.com* | spontell@vsplaw.com |
| | |
| *Counsel for Elias Industries, Inc.* | *Counsel for Kissler & Co. Inc.* |

Dated:  May 25, 2023

4421841.v1

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** was filed electronically on May 25, 2023.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Fridrikh V. Shrayber